UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO.   CR07-264-RSM |
| ) | |
| v. ) | |
| ) | |
| BETTY JEAN KENNEDY, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

Offenses charged:

    Count 1:    Bank Fraud, in violation of Title 18, U.S.C., Sections 1344 and 2;

    Count 16:    Social Security Fraud, in violation of Title 42, U.S.C., Section 408(a)(7)(B).

Date of Detention Hearing: October 22, 2007

    The Court conducted a contested detention hearing pursuant to Title 18 U.S.C. § 3142(f). The defendant's bond was revoked, and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community. The Government was represented by Vincent Lombardi. The defendant was represented by Scott Engelhard.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1)    Due to the nature of her evasion at the time of her arrest that is, hiding under a tarp and under steps after being told the U.S. Marshals were there, release of the defendant would an unreasonable risk of flight.

    (2)    The defendant has a history of failing to appear.

    (3)    The defendant was not interviewed by Pretrial Services.

DETENTION ORDER
PAGE -1-

Thus, there is no condition or combination of conditions that would reasonably assure future court appearances.

**It is therefore ORDERED:**

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 23rd day of October, 2007.

MONICA J. BENTON
United States Magistrate Judge